**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-62334-CIV-RUIZ/STRAUSS**

ADIDAS AG, *et al.*,

    Plaintiffs,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## CERTIFICATE OF SERVICE

I certify and declare that I am over the age of 18 years, employed in the county of Broward, and I am an attorney for Plaintiffs, adidas AG, adidas International Marketing B.V., and adidas America, Inc., in the above captioned action.

On January 3, 2023, Stephen M. Gaffigan, P.A. posted copies of the following document(s) on the website http://servingnotice.com/Da29d1x/index.html, in compliance with this Court's Order dated December 21, 2022:

1. Complaint

2. Civil Cover Sheet

3. Clerk's Notice of Judge Assignment to Judge Rodolfo A. Ruiz II

4. AO-120 Form

5. Corporate Disclosure Statement

6. Motion to File Under Seal

7. Proposed Order Granting Motion to Seal

8. Plaintiffs' *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets and Memorandum of Law in Support Thereof ("*Ex Parte* Application for TRO")

9. Declaration of Virgilio Gigante in Support of *Ex Parte* Application for TRO

10. Declaration of Mia Nidia Gutierrez in Support of *Ex Parte* Application for TRO

11. Declaration of Kathleen Burns in Support of *Ex Parte* Application for TRO, together with supporting exhibit

12. Proposed Order Granting Temporary Restraining Order and Setting Preliminary Injunction Hearing

13. *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3)

14. Declaration of Virgilio Gigante in Support of *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants, together with supporting exhibit

15. Proposed Order Granting Motion for Order Authorizing Alternate Service of Process on Defendants

16. Order Granting Motion to File Under Seal

17. Order Granting Motion for Order Authorizing Alternate Service of Process on Defendant Pursuant to Federal Rule of Civil Procedure 4(f)(3)

18. Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order and Setting Hearing on Motion for Preliminary Injunction

19. Notice of Filing Bond

Dated: January 5, 2023

Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By:    s:/*Stephen M. Gaffigan/*
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Wiborg-Rodriguez(Fla. Bar. No. 103372)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.cloud
E-mail: Leo@smgpa.cloud
E-mail: Raquel@smgpa.cloud

Attorneys for Plaintiffs