UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-62334-RAR

ADIDAS AG, *et al.*,

    Plaintiffs,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## DEFAULT FINAL JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion for Entry of Final Default Judgment [ECF No. 27] ("Motion"). For the reasons set forth in the Order Granting Plaintiffs' Motion for Final Default Judgment [ECF No. 28], entered separately, it is hereby

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs, adidas AG, adidas International Marketing B.V., and adidas America, Inc., and against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" hereto, as follows:

(1)     **Permanent Injunctive Relief:**

Defendants and their respective officers, directors, employees, agents, subsidiaries, and distributors, and all persons acting in concert and participation with Defendants are permanently restrained and enjoined from:

    a. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing and/or

using Plaintiffs' trademarks, or any confusingly similar trademarks identified in Paragraphs 17–18 of the Amended Complaint, [ECF No. 19], ("adidas Marks");

  b. using the adidas Marks in connection with the sale of any unauthorized goods;

  c. using any logo and/or layout that may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiffs;

  d. falsely representing themselves as being connected with Plaintiffs, through sponsorship or association;

  e. engaging in any act that is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants are in any way endorsed by, approved by, and/or associated with Plaintiffs;

  f. using any reproduction, counterfeit, copy, or colorable imitation of the adidas Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

  g. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants as being those of Plaintiffs or in any way endorsed by Plaintiffs and from offering such goods in commerce;

  h. otherwise unfairly competing with Plaintiffs;

  i. using the adidas Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which are

visible to a computer user or serves to direct computer searches to e-commerce stores, websites, or domain names registered by, owned, or operated by Defendants; and

j. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(2) **Additional Equitable Relief**

a. In order to give practical effect to the Permanent Injunction, upon Plaintiffs' request, the domain names identified on Schedule "B" hereto ("Subject Domain Names") are hereby ordered to be immediately transferred by the corresponding Defendants, their assignees and/or successors in interest or title, and the Registrars to Plaintiffs' control. To the extent the current Registrars do not facilitate the transfer of the Subject Domain Names to Plaintiffs' control within five (5) days of receipt of this Judgment, upon Plaintiffs' request, the top level domain (TLD) Registry for each of the Subject Domain Names, or their administrators, including backend registry operators or administrators, shall, within thirty (30) days, (i) change the Registrar of Record for the Subject Domain Names to a Registrar of Plaintiffs' choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiffs, or (ii) place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries which link the Subject Domain Names to the IP addresses where the associated websites are hosted.

b. Defendants, their agent(s) or assign(s), shall assign in writing all rights, title, and interest, to their Subject Domain Name(s) to Plaintiffs and, if within five (5) days of receipt of this Order Defendants fail to make such an assignment, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a).

c. Defendants, their agent(s) or assign(s), shall instruct in writing all search engines to permanently delist or deindex the Subject Domain Name(s) and, if within five (5) days of receipt of this Order Defendants fail to make such a written instruction, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a).

(3)     Statutory damages in favor of Plaintiffs pursuant to 15 U.S.C. section 1117(c) are determined to be $1,000,000.00 against each Defendant, for which let execution issue, based upon the Court's finding that each Defendant infringed at least one trademark on one type of good. The Court considered both the willfulness of each Defendant's conduct and the deterrent value of the award imposed, and the award falls within the permissible statutory range under 15 U.S.C. section 1117(c).

(4)     Statutory damages in favor of Plaintiffs pursuant to 15 U.S.C. section 1117(d) are determined to be:

a. $10,000.00 against Defendant 1 - adidas-outlet.net, for its domain name, adidas-outlet.net, for which let execution issue.

b. $10,000.00 against Defendant 2 - adidasyeezyfactory.com, for its domain name, adidasyeezyfactory.com, for which let execution issue.

c. $20,000.00 against Defendant 3 - adidas-nmds.us.org, for its domain names, adidas-nmds.us.org and cheapadidasshoes.us.org, for which let execution issue.

(5)     All funds currently restrained or held on account for all Defendants by all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, PayPal, Inc. ("PayPal") and their related companies and affiliates, are to be transferred by the previously referred to financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms or by

Defendants, to Plaintiffs and/or Plaintiffs' counsel in partial satisfaction of the monetary judgment entered herein against each Defendant **within five (5) business days** of receipt of this Judgment. All financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, PayPal, and their related companies and affiliates, shall provide to Plaintiffs at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) total funds released per Defendant to Plaintiffs.

(6) Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

(7) The Clerk is directed to **RELEASE** the bond posted by Plaintiffs in the amount of $10,000.00.

(8) The Court **RETAINS** jurisdiction to enforce the Final Judgment and Permanent Injunction.

(9) Any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of February, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

## SCHEDULE "A"
## DEFENDANTS BY NUMBER, SUBJECT DOMAIN NAME, FINANCIAL ACCOUNT INFORMATION, ADDITIONAL USERNAME, BUSINESS NAME, AND E-MAIL ADDRESS

| Def. No. | Defendant / Subject Domain Name | Account Information: PayPal Account / Payee | Account Information: PayPal Merchant ID | Additional Username / Business Name | E-mail Address |
|---|---|---|---|---|---|
| 1 | adidas-outlet.net | latashiadantesn5v@gmail.com | UW2AJHPBZABCG | Tanya Tatum Crocker TANYASCROCK Tanyas Crockers | uggcardy.org@live.com tanya.crocker@unb.ca wootanducatv106@yahoo.com |
| | | jwcz32@163.com | KQ3QWWKS2QSJY | 二妹 王 JWCZ32 | uggcardy.org@live.com |
| | | ltne27@163.com | RDU35BBBH74Q4 | 珠英 张 LTNE27 | uggcardy.org@live.com |
| | | Luoyang Zhiting Trading Co., Ltd | BJEXPFB2GBJP8 | 建伟 姚 ZHITINGSHAN 洛阳志亭商贸有限公司 | zaca591xadw@163.com lenstarkshaehell@gmail.com |
| | | Gehuo Business Service Studio, No.4649570, Zhuma Town, Lianshui County | 82ADP7WYRSXJE | 延龙 贺 GEHUOBUSINE 涟水县朱码镇肆陆肆玖伍柒零号订个活商务服务工作室 | xjjgj599dhuc@163.com berthaisaji.bi@web.de |
| 2 | adidasyeezyfactory.com | leauteighklcvi@hotmail.com | 79LCRHNZT9EQG | Virginia Hanzlick LESCH PLC Lesch PLC | leautighklcvi@gmail.com |
| | | AUSTIN ARNOLD | KH89GNNTEBM7W | Austin Arnold AUSTINARNOL Austin Arnold | skippiechana@gmail.com |
| | | RICARDO ORTEGA | MCQJA9M9VUVYJ | Ricardo Ortega RICARDOORTE Ricardo Ortega | brefkafreretzbvp828@gmail.com fkabrefreretzbvp828@gmail.com |
| 3 | adidas-nmds.us.org | margueritetate18@hotmail.com | D49HEYL7HDDL8 | | support@tradestore.us 4631773cb46544ccb38684c5b3efefde.protect@withheldforprivacy.com |
| | | GUOQIANG CHENG | 4G8XKCK9TYQKY | | |

| # | Domain | | | | |
|---|---|---|---|---|---|
| 3 | cheapadidasshoes.us.org | bertonrob@hotmail.com | 2YUQ5T7SCBAHG | | businesshelp24@hotmail.com support@tradestore.us eb00044ab248466188007c7f6fe2ce13.protect@withheldforprivacy.com |
| | | GUOQIANG CHENG | 4G8XKCK9TYQKY | | |
| 4 | alljerseys.company | info@alljerseys.company | TYDR6X6P8YCNQ | Cecile Randall CECILERANDA Cecile Randall | CecileeRandalll@gmail.com |
| 5 | alljerseys.life | info@alljerseys.life | GJYBVFYPGRQ5U | Alta Mcconnell INFO | AltaaMcconnelll@gmail.com |
| 6 | all-jerseys.org | paigeereesee@gmail.com | S8BE9K2YRDX2L | Paige Reese INFO | info@all-jerseys.org info@all-jerseys.cc |
| 7 | artemisstreetsneakers.com | zhanghuafree@sina.com | CRBEXLFKPKG92 | 华 张 ZHANGHUAFRE | artemisshoescn@hotmail.com artemisselectcn@gmail.com zhanghua722@hotmail.com |
| 8 | flashingkick.store | xevgnl5x@outlook.com | | 清雄 闭 XEVGNL5X | movingkickru@gmail.com |
| 9 | foamrunnersyeezy.com | paulnbrown9550@hotmail.com | | | d3ab93b35cc04c9f8af52f068f320a4d.protect@withheldforprivacy.com |
| 10 | goodskick.com | nskickkk@outlook.com | | 忠奇 徐 NSKICKKK | nikkick6568@gmail.com |
| 11 | hypekiickzclub.com | payment@stellahive.com | A7Y3UHVVNF9U4 | Thi Van Anh Pham STELLAHIVE Stellahive Company Limited | support@ticokichz.com 5c4242ea965f473992a029101315b9fd.protect@withheldforprivacy.com |
| 12 | hyperkickzclub.com | support@babayaga.day | CSLQGHS2WL7R2 | Phuong Thao Doan BABAYAGA Baba Yaga Company Limited | support@ticokichz.com support@hypekichzclub.com a842bc8e38b44f45a812c3a6fe6c0c20.protect@withheldforprivacy.com |
| 13 | jackjdj.com | ysxcltech@outlook.com | H6P6RFRLWXCMN | 慧 陈 GSUYONGSHEN 江苏永昇新材料科技有限公司 | jacktes1@163.com serve@jacksio.com |

| | | | | | |
|---|---|---|---|---|---|
| 13 | jacktes.com | 江苏永昇新材料科技有限公司 | H6P6RFRLWXCMN | 慧 陈<br>GSUYONGSHEN<br>江苏永昇新材料科技有限公司 | jacktes1@163.com<br>serve@jacksio.com |
| 14 | jerseysyndrome.com | agulu0215@gmail.com | F7YXDFRYEKZJJ | 文杰 郭<br>TIYUYUNDONG<br>佛山市禅一水业有限公司 | info@jerseysyndrome.com<br>znan0801@gmail.com<br>501821497@qq.com |
| 15 | jordawear.com | 1251664394@qq.com | | 剑明 陈<br>1251664394 | juleecarasquilloton68@gmail.com<br>hlane0547@gmail.com<br>mothergoho8856@gmail.com |
| 16 | jumpkick.ru | yangchunyan3029@hotmail.com | | 春艳 杨<br>YANGCHUNYAN | yangviva0318@gmail.com |
| 17 | kickmevip.club | qiwei@shoezable.com | U77GCXX6VEAJE | 啟围 朱<br>QIWEI | lovekmsneaker@gmail.com<br>service@kickme.club |
| | | zhangjvying@tigersneakers.com | 9B52V6WC9BDL4 | 举英 张<br>ZHANGJVYING | lovekmsneaker@gmail.com |
| | | 福建省善源贸易有限公司 | HHHR4Y5W8A5R8 | 荔钦 吴<br>FUJIANSHENG<br>福建省善源贸易有限公司 | liqin@belamishoes.com |
| 18 | kicksfirst.com | 284057106@qq.com | | 宏洋 汪<br>17459232 | vertidef@gmail.com<br>17459232@qq.com |
| 19 | kicktoo.com | golden-wholesale@hotmail.com | | 金旺 张<br>OFFICIALCLE<br>莆田市木兰花贸易有限公司 | |
| 20 | kickwho.uk | mrhuang1980@163.com | 83MM2X3MZYW8S | 成茂 黄<br>MRHUANG1980 | kickwhouk@gmail.com<br>noreply@mail.my51microshop.com |
| 21 | limaulimaucafe.com | xafvurc@hotmail.com | | Rupert Constance<br>XAFVURC | shop@customerservicesface.com<br>c@scvmtg.com |

| # | Domain | Email | ID | Registrant | Contact |
|---|---|---|---|---|---|
| 22 | lovesoccerjerseys.com | | AB4GF3PGTA248 | Huy Le Ngoc SJSHOP Soccer Jerseys Shop | cs@lovesoccerjerseys.com 8f953d2f98c04c0f9bb8d75b2e4fd7ea.protect@withheldforprivacy.com payment@lovesoccerjerseys.com |
| 23 | lsjerseys.com | cs@lsjshops.com | VU4SP2AQLLFU8 | Huy Le Ngoc SJSHOP Soccer Jerseys Shop | cs@lsjerseys.com 2e2521ef296d4f319fb0db3299e60c47.protect@withheldforprivacy.com orders@lsjshops.com |
| 23 | lsjshops.com | cs@lsjshops.com | VU4SP2AQLLFU8 | Huy Le Ngoc SJSHOP Soccer Jerseys Shop | cs@lsjerseys.com e92ebef39ac842749eeb1d7d463095d0.protect@withheldforprivacy.com orders@lsjshops.com |
| | | cs@lsjerseys.com | R32K7KAZLTX5L | Nguyen Nho Thinh Phan LSJERSEYS Soccer Jersey Shop | |
| 24 | maysneakers.com | amoyswitch@gmail.com | 8U8KXTKG7WMKA | 智超 郑 AMOYSWITCH | may7sneaker@gmail.com noreply@notice.mailzt.com 3b0b01aab1a647e390b3bfa504140ab8.protect@withheldforprivacy.com |
| 25 | newfootballjerseys.us.com | jimmyvwhite@hotmail.com | | | lytoantu17908@gmail.com 106b47a3f6f040afa59965abf98b40b1.protect@withheldforprivacy.com |
| | | nanciecmanor@outlook.com | VQEG35C3U7TKN | | |
| 26 | ngucomotu.com | linhphamnguyet98@gmail.com | 46DTR8Z2MJRHE | Nguyet Linh Thi Pham PHAMTHINGUY Pham Thi Nguyet Linh | support@ngucomotu.com no-reply@mylencam.com 18e1a131393b4028b97d7bca8fb99414.protect@withheldforprivacy.com |

| | | | | | |
|---|---|---|---|---|---|
| 27 | nikkick.com | xinnans@outlook.com | | 铭佺 张<br>XINNANS | nikkick6568@gmail.com<br>refgasamim@gmail.com |
| 28 | sharesneaker.uk | zhangtao10001@outlook.com | | 滔 张<br>ZHANGTAO100 | sharesneakersu@gmail.com<br>noreply@notice.mailzt.com |
| 28 | sharesneakers.vip | zhangtao10001@outlook.com | | 滔 张<br>ZHANGTAO100 | sharesneakersu@gmail.com<br>noreply@notice.mailzt.com |
| 29 | shoesking.shop | jlawana70@gmail.com | | Miles McDonald<br>JLAWANA70 | shop@servicerteam.com<br>cs@cheapyeezynow.com<br>cs@bomionline.com<br>yeezy@servicerteam.com<br>pw-bdcaf6c85543bc0cbc210a1119915e2c@privacyguardian.org<br>MilesMcDonald868@gmail.com |
| 30 | sneakercrushes.com | ccot9317@gmail.com | 44F8Q4NF7ABU6 | Nga Thi Pham<br>PHAMTHINGA<br>Pham Thi Nga | support@sneakercrushes.com |
| 31 | sneakers-saler.com | 550475471@qq.com | QG2USVD49P8ZG | yanhong huang<br>550475471 | |
| 32 | snkkick.store | falirose@outlook.com | | 韶阳 吴<br>FALIROSE | snkkick01@gmail.com |
| 33 | soccer666.com | offar@phpev.com | FQTJ8KKTD53GN | 小娟 宋<br>OFFAR | |
| 34 | soccerjersey4sale.com | 2022jerseys4u@gmail.com | XLCMWJZZHASV2 | 石生 贺<br>2022JERSEYS | 2018pay@gmail.com |
| 35 | teamsoccerjerseys.com | cs@teamsoccerjerseys.com | | Emylee Thai<br>OM GROUP<br>OM Group | 88@thewealthbracelet.com<br>cs@bakeddeals.com<br>customerservice@luxesent.com<br>hello@luxesent.com |

|    |                        |                                |                    |                                                                     |                                                                                                                               |
|----|------------------------|--------------------------------|--------------------|---------------------------------------------------------------------|-------------------------------------------------------------------------------------------------------------------------------|
|    |                        |                                | SF7RLUB44K764      | Thuong Phan Thi Thu<br>TSJ<br>Team Soccer Jerseys                   | cs@teamsoccerjerseys.com<br>hello@teamsoccerjerseys.com<br>payment@teamsoccerjerseys.com |
|    |                        | cs@teamsoccerjerseys.com       | YXL2Q54FF4XDW      | Thuong Phan Thi Thu<br>TSJ<br>Team Soccer Jerseys                   |                                                                                                                               |
| 36 | thehypesneaker.com     | xmhighend@gmail.com            | R867A3SVBXKNW      | 仁红 叶<br>SHAMENZHUOS<br>厦门卓硕进出口有限公司                  |                                                                                                                               |
| 37 | thesoccerjerseyshn.com | luistorrespaypal4@gmail.com    | 37X98RNZ4HTMU      | Luis Antonio Torres Rivera<br>SOCCERJERSE<br>The Soccer Jerseys Hn | soccerjerseyshn@gmail.com<br>info@email.com<br>thesoccerjerseyshn.com@contactprivacy.com                                      |
| 38 | uashoes.ru             | brittanyhicks432@gmail.com     |                    | 会 邓<br>BRITTANYHIC                                                 | uashoeservice688@gmail.com                                                                                                    |
| 39 | usworldcupjersey.com   | dtetcaheacyc1997s@gmail.com    | 985Z47XKNRJLL      | Sarah Jane Luke<br>BAMBOOSARAH<br>bamboosarah                       | admin@husqvaoutlet.com<br>sarahluke02@gmail.com<br>fritzibateman7@gmail.com<br>pelis4775@gmail.com                            |
| 40 | yeezyandjordan.com     | timenasmyqvab@hotmail.com      | 59PPZY6TSFRMQ      | Lillian Cheslock<br>JERDE GROUP<br>Jerde Group                      | timenasmyqvab@gmail.com                                                                                                       |
|    |                        | Homenick, Cronin and Wolf      | XV9XCAQEPTA3S      | Serafina Allevato<br>HOMENICKCRO<br>Homenick, Cronin and Wolf       | ba1dgleylamaackgoki1542@gmail.com                                                                                             |
|    |                        | WENDY MELENDEZ                 | HHTB8689T8WTL      | Wendy Melendez<br>WENDYMELEND                                       | jeffersonjamesy673@gmail.com                                                                                                  |
| 41 | yeezymen.com           | marouanhernandez34@gmail.com   | M5YYZZF4TDQQG      |                                                                     | 6f9428fee5e84742b3cc24072f8b42d1.protect@withheldforprivacy.com                                                               |

## SCHEDULE "B"
## SUBJECT DOMAIN NAMES FOR TRANSFER

| Def. No. | Subject Domain Name |
|---|---|
| 1 | adidas-outlet.net |
| 2 | adidasyeezyfactory.com |
| 4 | alljerseys.company |
| 5 | alljerseys.life |
| 6 | all-jerseys.org |
| 7 | artemisstreetsneakers.com |
| 8 | flashingkick.store |
| 9 | foamrunnersyeezy.com |
| 10 | goodskick.com |
| 11 | hypekiickzclub.com |
| 12 | hyperkickzclub.com |
| 13 | jackjdj.com |
| 13 | jacktes.com |
| 14 | jerseysyndrome.com |
| 15 | jordawear.com |
| 16 | jumpkick.ru |
| 17 | kickmevip.club |
| 18 | kicksfirst.com |
| 19 | kicktoo.com |
| 20 | kickwho.uk |
| 21 | limaulimaucafe.com |
| 22 | lovesoccerjerseys.com |
| 23 | lsjerseys.com |
| 23 | lsjshops.com |
| 24 | maysneakers.com |
| 26 | ngucomotu.com |
| 27 | nikkick.com |
| 28 | sharesneaker.uk |
| 28 | sharesneakers.vip |
| 29 | shoesking.shop |
| 30 | sneakercrushes.com |
| 31 | sneakers-saler.com |
| 32 | snkkick.store |
| 33 | soccer666.com |
| 34 | soccerjersey4sale.com |
| 35 | teamsoccerjerseys.com |
| 36 | thehypesneaker.com |

| | |
|---|---|
| 37 | thesoccerjerseyshn.com |
| 38 | uashoes.ru |
| 39 | usworldcupjersey.com |
| 40 | yeezyandjordan.com |
| 41 | yeezymen.com |